AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:18 mj 398 | Date and time warrant executed: 05/30/2018 06:00 AM | Copy of warrant and inventory left with: TOMMIE HETZEL |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

NO ITEMS WERE SEIZED

MJH

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 AUG 14 PM 1:31
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/13/2018

Michael J. H——
*Executing officer's signature*

SPECIAL AGENT MICHAEL HERWIG, FBI
*Printed name and title*